UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DANIELA ALEJANDRA OLIVA FUNEZ (A-Number: 241-381-940),<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, *et al.*,<br><br>Respondents. | Case No. 1:26-cv-01845-KES-CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS, DENYING MOTION TO DISMISS, AND REQUIRING PETITIONER'S IMMEDIATE RELEASE<br><br>Docs. 6, 10, 15 |
|---|---|

Petitioner Daniela Alejandra Oliva Funez is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2026, the magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release.  Doc. 15.  The findings and recommendations were served on the parties and contained notice that any objections were to be filed within seven days of service.  *Id.* at 12.  Respondents filed supplemental briefing on April 13, 2026, stating that they oppose the petition for the same reasons found in their prior filings and noting that they do not have additional arguments.  Doc. 16.  Petitioner filed a reply on April 20, 2026.  Doc. 17.  No party included any specific objections to the findings and recommendations in their filings.  *See* Docs. 16, 17.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 15, issued on April 10, 2026, are ADOPTED in full.

2. The amended petition for writ of habeas corpus, Doc. 10, is GRANTED.

3. Respondents' motion to dismiss, Doc. 6, is DENIED.

4. Respondents are ORDERED to release petitioner immediately.

5. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they comply with 8 C.F.R. §§ 241.4 and 241.13 and any other applicable statutory and regulatory procedures.

6. The Clerk is directed to serve California City Detention Center with a copy of this Order.

7. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:   April 23, 2026

_____
UNITED STATES DISTRICT JUDGE

2